Case 1:22-cv-10507-GHW   Document 13   Filed 01/30/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2023



**Littler Mendelson P.C.**
900 Third Avenue
New York, NY  10022.3298

Devjani H. Mishra
212.497.8482 direct
212.583.9600 main
dmishra@littler.com

January 30, 2023                                                           **MEMORANDUM ENDORSED**

**VIA ECF**

Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     M.H. v. Starbucks Coffee Company
        Case No. 22-cv-10507-GHW

Dear Judge Woods:

This firm represents Defendant Starbucks Corporation (named herein as "Starbucks Coffee Company") in the above-referenced matter.  Pursuant to Your Honor's Individual Rules of Practice Rule 1(E) and the Notice of Initial Pretrial Conference (ECF No. 4), we write to request that the initial pretrial conference currently scheduled for February 14, 2023 at 3:00 PM (ECF No. 4) be adjourned to a date after Defendant has filed its responsive pleading, which is currently due on March 10, 2023 (see ECF No. 7).  We submit that adjourning the initial conference until after issue has been joined will promote efficiency and make best use of the Court's time as well as that of the parties.  This is the first request for an adjournment of the initial pretrial conference.  Plaintiff's counsel consents to this adjournment request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Devjani Mishra*

Devjani Mishra

cc: Counsel for all parties (via ECF)

---

Application granted.  The initial pretrial conference in this case, *see* Dkt. No. 4, is adjourned to March 23, 2023 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's December 14, 2022 order, *see* Dkt. No. 4, are due no later than March 16, 2023.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.
SO ORDERED.

Dated: January 30, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge