```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
M. H.,                                                         :
                                                               :
                                      Plaintiff,               :    1:22-cv-10507-GHW
                                                               :
                  -v -                                         :        ORDER
                                                               :
STARBUCKS COFFEE COMPANY,                                      :
                                                               :
                                      Defendant.               :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2023

GREGORY H. WOODS, United States District Judge:

As discussed at the March 23, 2023 conference, the deadline for Defendant to file and serve its motion to dismiss Plaintiff's complaint is April 24, 2023. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition. Additionally, for the reasons discussed at the March 23, 2023 conference, discovery is stayed pending the briefing and resolution of Defendant's anticipated motion.

SO ORDERED.

Dated: March 23, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge