```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
M.H., :
 :
                    Plaintiff, :    1:22-cv-10507-GHW
 :
    -v – :    <u>ORDER</u>
 :
STARBUCKS COFFEE COMPANY, :
 :
                   Defendant. :
 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed at the October 19, 2023 conference, the deadline for Defendant to submit its motion to dismiss is November 3, 2023. Plaintiff's opposition is due within 28 days of service of Defendant's motion. Defendant's reply, if any, is due within seven days of service of Plaintiff's opposition. Additionally, for the reasons discussed at the October 19, 2023 conference, discovery in this action will remain stayed pending the briefing and resolution of Defendant's anticipated motion.

      SO ORDERED.

Dated: October 19, 2023
       New York, New York

                                                          _____
                                                           GREGORY H. WOODS
                                                       United States District Judge