UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.H.,

                              Plaintiff,

                v.                                                    22-CV-10507(DEH)

STARBUCKS COFFEE COMPANY,                                             **ORDER**

                              Defendant.

DALE E. HO, United States District Judge:

    Plaintiff filed suit on December 13, 2022.  *See* ECF No. 1.  On November 3, 2023,

Defendant filed a motion to dismiss.  *See* ECF No. 41.  On December 11, 2023, this case was

reassigned to the undersigned.  *See* Dec. 11, 2023 Min. Entry.  On June 20, 2024, the Court

issued an opinion granting in part and denying in part Defendant's motion.  *See* ECF No. 49.

    It is hereby **ORDERED** that by **July 12, 2024**, the parties shall jointly file a proposed

case management plan and scheduling order, located at https://www.nysd.uscourts.gov/hon-dale-

e-ho.  The parties are advised that they may at any time seek a settlement referral to the assigned

Magistrate Judge or to the Court-annexed mediation program.

    SO ORDERED.

Dated:  June 27, 2024
        New York, New York

                                                        _____
                                                                DALE E. HO
                                                        United States District Judge